# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

       V.                       NO.  1:17-CR-84-JJM-PAS-1

RONNY B. NOVA

### DEFENDANT'S MOTION TO CONTINUE THE TRIAL OF THIS CASE TO DECEMBER, TO EXTEND ALL DEADLINES ACCORDINGLY, AND TO VACATE THE TRIAL CALENDAR CALL SCHEDULED FOR AUGUST 22

      Defendant Nova respectfully moves the Court to continue the trial of this case from the September 2019 calendar to the December 2019 trial calendar.  The grounds for the requested relief are more fully set forth in a supporting memorandum which is incorporated by reference and filed under seal.

      AUSA Paul Daly has stated to counsel that he does not oppose this motion.

DATED:      8.15.19                     Respectfully submitted,

                                             /s/ William T. Murphy
                                             Counsel for Defendant, by appointment
                                             PO Box 9623
                                             Providence, RI 02940-9623
                                             Tel: 401-334-0000
                                             FAX: 866-850-4217
                                             Email: wtm@wtmurphy.com

### CERTIFICATE OF SERVICE

      I certify that I served a copy of the above motion on the Government on 8.15.19 via the Court's CM/ECF system.

                                             /s/ W. T. Murphy